```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 01050
   CLARENCE STOKES
   KAREN L STOKES                              CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8379     SSN XXX-XX-8635

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 02/07/2006 and was confirmed 07/13/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/29/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              302.00          .00         302.00
HOMECOMINGS FINANCIAL NE  CURRENT MORTG      28531.84          .00       28531.84
HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE      26182.17          .00        5010.00
MORTGAGE INVESTMENT LEND  CURRENT MORTG       2296.19          .00        2113.01
MORTGAGE INVESTMENT LEND  MORTGAGE ARRE        912.00          .00         121.50
CITY OF CHICAGO PARKING   UNSECURED           8810.00          .00            .00
AMERICAN FAMILY INSURANC  UNSECURED          NOT FILED         .00            .00
CAPITAL ONE BANK          UNSECURED          NOT FILED         .00            .00
COMCAST                   UNSECURED          NOT FILED         .00            .00
COMMONWEALTH EDISON       UNSECURED           4215.71          .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED            255.58          .00            .00
MIDWEST TITLE LOANS       UNSECURED          NOT FILED         .00            .00
NATIONAL QUICK CASH #457  UNSECURED          NOT FILED         .00            .00
NATIONAL QUICK CASH #457  UNSECURED          NOT FILED         .00            .00
PAYDAY LOAN SERVICE       UNSECURED          NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           1839.64          .00            .00
NATIONAL QUICK            UNSECURED          NOT FILED         .00            .00
FRANK MONTGOMERY          UNSECURED            426.00          .00            .00
SCHOLASTIC                UNSECURED          NOT FILED         .00            .00
SPRINT PCS                UNSECURED          NOT FILED         .00            .00
SUISSE BANCORP            UNSECURED          NOT FILED         .00            .00
QUINLAN & FABISH          NOTICE ONLY        NOT FILED         .00            .00
BROOKINS & WILSON         DEBTOR ATTY             .00                         .00
TOM VAUGHN                TRUSTEE                                         1,968.71
DEBTOR REFUND             REFUND                                            767.49

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 38,814.55


               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 01050 CLARENCE STOKES & KAREN L STOKES
```

```
PRIORITY                                                            .00
SECURED                                                       36,078.35
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                           1,968.71
DEBTOR REFUND                                                     767.49
                                       ---------------    ---------------
TOTALS                                       38,814.55          38,814.55
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 04/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```